**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hassan Genell HINES, Defendant–Appellant.**

**No. 12–6272.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Hassan Genell Hines, Appellant Pro Se.
Jennifer P. May–Parker, Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before GREGORY, AGEE, and WYNN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Hassan Genell Hines seeks to appeal the
district court's orders denying his 28
U.S.C.A. § 2255 (West Supp.2011) motion
and denying reconsideration. The orders
are not appealable unless a circuit justice
or judge issues a certificate of appealabili-
ty. 28 U.S.C. § 2253(c)(1)(B) (2006). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Hines has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*